UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:12-CR-112 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| JOSEPH MICHAELOSKI | ) | |

## **O R D E R**

Defendant Joseph Michaelowski ("Defendant") filed a motion to suppress his statement in this case (Court File No. 12). The motion was referred to United States Magistrate Judge William Carter, who held a hearing and subsequently filed a Report and Recommendation ("R&R") concluding Defendant's motion should be denied (Court File No. 17). Defendant timely objected (Court File No. 19). The government did not respond to Defendant's objection. For the reasons discussed in this order's accompanying memorandum, the Court will **ACCEPT** and **ADOPT** the R&R (Court File No. 17). Accordingly, Defendant's motion to suppress will be **DENIED** (Court File No. 12).

    **SO ORDERED.**

    **ENTER:**

                                                        **/s/**
                                                      **CURTIS L. COLLIER**
                                                      **UNITED STATES DISTRICT JUDGE**